PD-1636-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/23/2015 4:04:59 PM
Accepted 3/25/2015 1:56:44 PM
ABEL ACOSTA
CLERK

No. PD-1636-14

# In the Court of
# Criminal Appeals of Texas

FILED IN
COURT OF CRIMINAL APPEALS

March 25, 2015

ABEL ACOSTA, CLERK

WALTER DEMOND,
                    *Petitioner,*

v.

THE STATE OF TEXAS,
                    *Respondent.*

## UNOPPOSED MOTION TO EXTEND TIME FOR
## FILING MOTION FOR REHEARING

In accordance with Tex. R. App. P. 10.5(b) and 79.6, Petitioner Walter Demond respectfully requests a 30-day extension of time to file a Motion for Rehearing. The State does not oppose this motion.

1.    The Texas Court of Criminal Appeals refused Mr. Demond's Petition for Discretionary Review on March 18, 2015. Consequently, pursuant to Tex. R. App. P. 79.1, the deadline for filing a Motion for Rehearing is April 2, 2015.

2.    Mr. Demond respectfully requests a 30-day extension for filing a Motion for Rehearing, which would result in a new deadline of May 4, 2015. Mr. Demond has not previously requested an extension regarding this Motion.

3. The extension is necessary due to several scheduling conflicts in other matters involving lead counsel for Mr. Demond. Lead counsel had and has various time-sensitive obligations and briefing deadlines in multiple other matters, including: *Fisher v. University of Texas at Austin*, No. 14-981 (U.S.); *Williams v. Texas Taxpayer & Student Fairness Coalition*, No. 14-0776 (Tex.); *Ex parte Perry*, No. 03-15-00063-CR (Tex. App.—Austin); *TXU Portfolio Management Co. v. FPL Energy, LLC*, No. 05-08-01584-CV (Tex. App.—Dallas); *United States ex rel. Harman v. Trinity Industries, Inc.*, No. 15-40337 (5th Cir.); *Trinity Industries, Inc. v. The Center for Auto Safety*, No. 14-0995 (5th Cir.); *United States ex rel. Harman v. Trinity Industries, Inc.*, No. 2:12-CV-00089 (E.D. Tex.); *United States ex rel. Heath v. Wisconsin Bell, Inc.*, No. 08-CV-00724 (E.D. Wis.); *National Association of African-American Owned Media v. AT&T Inc.*, No. 14-CV-09256 (C.D. Cal.); and a confidential constitutional lawsuit for which lead counsel's role is not yet public.

4. Counsel requests the extension to evaluate whether, pursuant to Tex. R. App. P. 79.2(c), substantial intervening circumstances or other significant circumstances justify a Motion for Rehearing in this matter. In the event counsel determines that such circumstances exist, the extension is necessary to prepare a Motion for Rehearing that is comprehensive, concise, and helpful to the Court.

5. The State does not oppose this motion.

6.    For these reasons, Mr. Demond respectfully requests a 30-day extension for filing a Motion for Rehearing, which would result in a new deadline of May 4, 2015.

DATED:  March 23, 2014                    Respectfully submitted,

/s/ *James C. Ho*
JAMES C. HO
State Bar No. 24052766
PRERAK SHAH
State Bar No. 24075053
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Tel.:  (214) 698-3264
Fax:  (214) 571-2917
*jho@gibsondunn.com*
*pshah@gibsondunn.com*

COUNSEL FOR PETITIONER

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Dustin Howell, counsel for Respondent State of Texas, who confirmed that Respondent is not opposed to the relief sought by this motion.

Dustin Howell
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548

*Counsel for the State of Texas*

/s/ *James C. Ho*
James C. Ho

4

## CERTIFICATE OF SERVICE

I certify that on March 23, 2015, a true and correct copy of this motion was served on the following counsel of record via electronic mail:

Dustin Howell
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
dustin.howell@texasattorneygeneral.gov

*Counsel for the State of Texas*

/s/ *James C. Ho*
James C. Ho